Michael F. Lynch
Nevada State Bar No. 8555
Lynch Law Practice, PLLC
3613 S. Eastern Ave.
Las Vegas, Nevada 89169
Telephone: (702) 684-6000
Fax: (702) 543-3279
Michael@LynchLawPractice.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Tonkawa Tribe of Indians of Oklahoma d/b/a Tonkawa Enterprises; Cow Creek Band of Umpqua Tribe of Indians; and Umpqua Indian Development Corporation<br><br>on behalf of themselves and others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>Scientific Games Corporation, Bally Technologies, Inc., and Bally Gaming, Inc.,<br><br>    Defendants. | Case No. 2:20-cv-01637-JCM-BNW |

**FILING AS OF RIGHT OF FIRST**

**AMENDED COMPLAINT**

  Pursuant to Fed. R. Civ. P. 15(a), Plaintiffs herewith file as a matter of course the First Amended Complaint, which is attached with exhibits. In large part, the amendment adds as party Plaintiffs Cow Creek Band of Umpqua Tribe of Indians and Umpqua Indian Development Corporation which operate the Seven Feathers Casino Resort, the second largest casino in Oregon.

| | | |
|---|---|---|
| 1 | Dated: October 5, 2020 | Respectfully submitted, |
| 2 | | By: */s/ Michael F. Lynch* |
| 3 | | **Lynch Law Practice, PLLC** |
| 4 | | Michael F. Lynch<br>Nevada Bar No. 8555 |
| 5 | | 3613 S. Eastern Ave.<br>Las Vegas, Nevada 89169 |
| 6 | | Telephone: (702) 684-6000<br>Fax: (702) 543-3279 |
| 7 | | Michael@LynchLawPractice.com |
| 8 | | **Berry Law PLLC** |
| 9 | | R. Stephen Berry<br>*(Admitted Pro Hac Vice)* |
| 10 | | 1100 Connecticut Avenue, N.W.<br>Suite 645 |
| 11 | | Washington, D.C. 20006<br>Telephone: (202) 296-3020 |
| 12 | | Fax: (202) 296-3038 |
| 13 | | sberry@berrylawpllc.com |
| 14 | | **Fletcher Law, PLLC**<br>Zeke Fletcher |
| 15 | | *(Petition Pro Hac Vice Forthcoming)*<br>124 W. Allegan, #1400 |
| 16 | | Lansing, MI 48933<br>Telephone: (517) 755-0776 |
| 17 | | Fax: (517) 913-6008 |
| 18 | | zfletcher@fletcherlawpllc.com |
| 19 | | **Galanda Broadman PLLC** |
| 20 | | Gabriel S. Galanda<br>Anthony S. Broadman |
| 21 | | *(Petitions Pro Hac Vice Forthcoming)*<br>8603 35th Ave. NE |
| 22 | | Suite L1<br>Seattle, WA 98115 |
| 23 | | Telephone: (206) 557-7509<br>Fax: (206) 299-7690 |
| 24 | | gabe@galandabroadman.com |
| 25 | | anthony@galandabroadman.com |
| 26 | | **Attorneys for Plaintiffs** |
| 27 | | |

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Filing of First Amended Complaint was served via this Court's CM/ECF system and via First Class U.S. Mail on the party listed below this 5th day of October 2020.

Matt D. Basil
Willkie Farr & Gallagher
300 N LaSalle St #5000
Chicago, IL 60654

By: */s/ Michael F. Lynch*
Michael F. Lynch