Michael F. Lynch
Nevada State Bar No. 8555
Lynch Law Practice, PLLC
3613 S. Eastern Ave.
Las Vegas, Nevada 89169
Telephone: (702) 684-6000
michael@lynchlawpractice.com

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Tonkawa Tribe of Indians of Oklahoma d/b/a Tonkawa Enterprises; Cow Creek Band of Umpqua Tribe of Indians; and Umpqua Indian Development Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>Scientific Games Corporation, Bally Technologies, Inc., and Bally Gaming, Inc.,<br><br>Defendants. | Case Number: 2:20-cv-01637-JCM-BNW<br><br>**STIPULATION AND ORDER**<br><br>**(A) GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT, and**<br><br>**(B) EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>(FIRST REQUEST) |

Plaintiffs, the Tonkawa Tribe of Indians of Oklahoma d/b/a Tonkawa Enterprises, the Cow Creek Band of Umpqua Tribe of Indians, and the Umpqua Indian Development Corporation, (collectively, the "Plaintiffs") by and through their undersigned counsel on the one hand, and Defendants Scientific Games Corporation, Bally Technologies, Inc., and Bally Gaming, Inc. (collectively, the "Defendants"), by and through their undersigned counsel on the other hand, hereby stipulate and agree:

WHEREAS, the Plaintiffs filed their Motion for Leave to File Second Amended Complaint (the "Motion") on October 12, 2020, which Motion included their proposed Second Amended Complaint as an attachment thereto (ECF No. 21);

WHEREAS, pursuant to FRCP 15(a)(2), the Defendants hereby provide written notice of their consent to the filing of Plaintiffs' Second Amended Complaint;

WHEREAS, the Defendants previously executed a Waiver of the Service of Summons, which established a deadline of November 7, 2020, for the Defendants to file and serve an answer or a Rule 12 motion in response to the Complaint (ECF No. 6); and

1   NOW, THEREFORE, it is hereby stipulated and agreed, subject to Court approval, that
2   (A) the Plaintiffs shall be authorized to file their proposed Second Amended Complaint, and
3   (B) the Defendants' deadline to file their answer or Rule 12 motion in response to the Second
4   Amended Complaint shall be extended by twenty (20) days, to November 27, 2020.

5   **STIPULATED AND AGREED BY:**

6   **Lynch Law Practice, PLLC**                    **Campbell & Williams**

7   By: /s/ Michael F. Lynch                        By: /s/ Philip R. Erwin
    Nevada Bar No. 8555                             Nevada Bar No. 11563
8   3613 S. Eastern Ave.                            700 S. 7th St.
    Las Vegas, Nevada 89169                         Las Vegas, NV 89101
9                                                   Telephone: (702) 382-5222
    **Berry Law PLLC**                              perwin@campbellandwilliams.com
10  R. Stephen Berry
    *(Admitted Pro Hac Vice)*                       **Willkie Farr & Gallagher**
11  1100 Connecticut Avenue, N.W., Suite 645        Matt D. Basil
    Washington, D.C. 20006                          *(Admitted Pro Hac Vice)*
12  Telephone: (202) 296-3020                       300 N LaSalle St., #5000
    Fax: (202) 296-3038                             Chicago, IL 60654
13  sberry@berrylawpllc.com                         Telephone: (312) 728-9020
                                                    Fax: (312) 728-9199
14  **Fletcher Law, PLLC**                          mbasil@willkie.com
    Zeke Fletcher
15  *(Admitted Pro Hac Vice)*                       **Attorneys for Defendants**
    124 W. Allegan, #1400
16  Lansing, MI 48933
    Telephone: (517) 755-0776
17  Fax: (517) 913-6008
    zfletcher@fletcherlawpllc.com
18
    **Galanda Broadman PLLC**
19  Gabriel S. Galanda
    Anthony S. Broadman
20  *(Petitions Pro Hac Vice Forthcoming)*
    8603 35th Ave. NE., Suite L1
21  Seattle, WA 98115
    Telephone: (206) 557-7509
22  Fax: (206) 299-7690                             **IT IS ORDERED** that the stipulation at ECF No.
    gabe@galandabroadman.com                        28 is GRANTED and the motion at ECF No. 21
23  anthony@galandabroadman.com                     is DENIED as moot.

24  **Attorneys for Plaintiffs**
                                                    **IT IS SO ORDERED:**
25
                                                    _____
26                                                  UNITED STATES DISTRICT COURT JUDGE

27                                                  Dated: 10/23/2020

28

                                                2