# **<u>Exhibit B</u>**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Shuffle Tech International LLC, et al.,

Plaintiff(s),

v.

Scientific Games Corporation et al.,

Defendant(s).

Case No. 15 C 3702
Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered against defendants, Scientific Games Corp., Bally Technologies, d/b/a Shuffle Master and SHFL Entertainment, and Bally Gaming, Inc., jointly and severally, in favor of Shuffle Tech International, LLC in the amount of $135,000,000.00, in favor of Poydras-Talrick Holdings, LLC in the amount of $75,000,000.00, in favor of Aces Up Gaming, Inc. in the amount of $45,000,000.00, and in favor of Shuffle Tech International LLC as assignee of DigiDeal Corp. in the amount of $60,000,000.00.

This action was *(check one)*:

☒ tried by a jury with Judge Matthew F. Kennelly presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☐ decided by Judge     on a motion

Date: 8/7/2018

Thomas G. Bruton, Clerk of Court

Pamela J. Geringer, Deputy Clerk