Michael F. Lynch
Nevada State Bar No. 8555
Lynch Law Practice, PLLC
3613 S. Eastern Ave.
Las Vegas, Nevada 89169
Telephone: (702) 684-6000
Fax: (702) 543-3279
Michael@LynchLawPractice.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Tonkawa Tribe of Indians of Oklahoma d/b/a Tonkawa Enterprises; Cow Creek Band of Umpqua Tribe of Indians; and Umpqua Indian Development Corporation<br><br>on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Scientific Games Corporation, Bally Technologies, Inc., and Bally Gaming, Inc.,<br><br>Defendants. | Case No. 2:20-cv-01637-JCM-BNW |

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served via this Court's CM/ECF system and via email on the party listed below this 26th day of October 2020.

Matt D. Basil
Willkie Farr & Gallagher
300 N LaSalle St.
Chicago, IL 60654

By: */s/R. Stephen Berry*
　　R. Stephen Berry