UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TONKAWA TRIBE OF INDIANS OF OKLAHOMA,<br><br>Plaintiff(s),<br><br>v.<br><br>SCIENTIFIC GAMES CORPORATION, et al.,<br><br>Defendant(s). | Case No. 2:20-CV-1637 JCM (BNW)<br><br>ORDER |

Presently before the court is Gabriel S. Galanda's ("petitioner") verified petition for permission to practice pro hac vice. (ECF No. 26).

On October 19, 2020, petitioner filed a verified petition for permission to practice pro hac vice. (ECF No. 26). The petition contains an inconsistency. The first page of the petition indicates that the petitioner was retained by plaintiff Tonkawa Tribe of Indians of Oklahoma. (*Id.* at 1). But on the fifth page of the petition, in the appointment of designated resident Nevada counsel, the listed party name is plaintiff Cow Creek Band of Umpqua Tribe of Indians. (*Id.* at 5).

Petitioner shall file, within ten (10) days of this order, a verified petition that fully complies with the applicable local rules. Failure to timely comply will result in "the striking of any and all documents previously filed by the attorney." LR IA 11-2(j).

Accordingly,

IT IS SO ORDERED.

DATED November 2, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**